UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHRISTOPHER CRAAYBEEK                    JURY TRIAL DEMANDED

v.                                       CASE NO.  3:13 CV

COMMERCIAL RECOVERY SYSTEMS, INC.

COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692.

2. JURISDICTION: The Court has jurisdiction. l5 U.S.C. § 1692k and 28 U.S.C. §133l.

3. VENUE: Plaintiff is a natural person who resides in Connecticut.

4. Defendant is a debt collector within the FDCPA, which collects consumer debt directly or indirectly using mail and telephone.

5. Defendant is licensed as a consumer collection agency by the Connecticut Banking Department, and has been a member of ACA International, the collectors' trade organization, since 1987.

6. Defendant attempted to collect plaintiff's personal account originating with HSBC beginning in September 2012, and continuing through June 2013, under internal account numbers 3660378 and 4297084.

7. Within five days of its initial communication, Commercial did not provide the notices required by 15 U.S.C. § 1692g.

8. Defendant called plaintiff's in-laws and left a message that the call was to collect plaintiff's debt.

9. Defendant requested plaintiff's spouse to pay the account even though she is not liable on the account, and falsely stated that not paying it could hurt her credit.

10.  Some of defendant's calls referred to judgment, sheriff, or "action in your state."

11. Defendant threatened to garnish 75% of plaintiff's wages and demanded immediate settlement.

12. Plaintiff hung up after telling the collector that he was not going to give in to his demands. The collector called him right back.

13. Defendant violated 15 U.S.C. §  1692c, §1692d, -§1692e, §1692f(1), or §1692g.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff  such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages.

2.  Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and further relief as law or equity may provide.

                      THE PLAINTIFF

                      BY____/s/ Joanne S. Faulkner___
                      JOANNE S. FAULKNER ct04137
                      123 Avon Street
                      New Haven, CT 06511-2422
                      (203) 772-0395
                      faulknerlawoffice@snet.net