UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHRISTOPHER CRAAYBEEK

v.                               CASE NO.  3:13 CV 949 (VLB)

COMMERCIAL RECOVERY SYSTEMS, INC.

## REQUEST TO CLERK TO ENTER DEFAULT

The Defendant having failed to answer the Complaint;  and the time for filing an answer  having expired, you are requested to enter a default against said defendant pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

The facts supporting this request appear on the face of the record herein.

THE PLAINTIFF

*Joanne S. Faulkner*

BY_____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net

**Certificate of Service**

I hereby certify that on September 12, 2013, a copy of the within was filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.  A copy was also mailed to:

**Commercial Recovery Systems**
**Tim Ford, Chief Executive Officer**
**8035 East R L Thornton Fwy #220**
**Dallas, TX 75228-7018**

                                                  ____/s/ Joanne S. Faulkner___
                                                  JOANNE S. FAULKNER ct04137
                                                  123 Avon Street
                                                  New Haven, CT 06511-2422
                                                  (203) 772-0395
                                        faulknerlawoffice@snet.net